THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:16-CV-822-FL

| | |
|---|---|
| DEBORAH R. HANCOCK, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY, and RENEE SNELLENBURG, <br><br> Defendants. | **ENTRY OF DEFAULT** |

Plaintiff Deborah R. Hancock requests that the Clerk of Court enter default against

Defendant Renee Snellenburg pursuant to Federal Rule of Civil Procedure 55(a). It appearing

from the record that Defendant Snellenburg has failed to appear, plead, answer, or otherwise

defend, the default of Defendant Renee Snellenburg is hereby entered pursuant to Federal Rule

of Civil Procedure 55(a).

Dated this 5th day of January, 2017.

_____
Julie Richards Johnston
Clerk of Court